UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTWONE CHRISTOPHER KITCHENS, Individually and as a representative of the Classes<br><br>        Plaintiff,<br><br>      v.<br><br>CONDUENT, INC.<br><br>        Defendant. | Civil Action No.:2:19-cv-09109-MCA-LDW |

**DEFENDANT CONDUENT, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Conduent, Inc. (hereinafter "Conduent") hereby states as follows:

Conduent, Inc. is a publicly traded company and has no parent company, nor is there any publicly traded company that owns 10% or more of its stock. A supplemental disclosure statement will be filed upon any change in the information provided herein.

                                  NUKK-FREEMAN & CERRA, P.C.
                                  *Attorneys for Defendant Conduent, Inc.*

                                By: */s/ Kerrie R. Heslin*
                                      Kerrie R. Heslin, Esq.
                                      26 Main Street, Suite 202
                                      Chatham, NJ 07928
                                      kheslin@nfclegal.com
                                      Telephone:  (973) 665-9100
                                      Facsimile:  (973) 665-9101

Dated:  April 26, 2019