**CASE CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ANTWONE KITCHENS,
*individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

CONDUENT, INC.,

        Defendant.

Case No. 2:19-cv-09109-MCA-LDW

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Antwone Kitchens, by and through his undersigned counsel, hereby voluntarily dismiss this action without prejudice, with each party to bear its own costs, expenses and attorneys' fees. The Defendant in this action has not answered or filed for summary judgment and a class has not been certified.

Date: May 6, 2019

/s/ John R. Bielski
John R. Bielski, Bar No. 042142000
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Tel. 215.656.3600
jbielski@wwdlaw.com

E. Michelle Drake*
John G. Albanese
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel. 612.594.5999
emdrake@bm.net
jalbanese@bm.net
*pro hac vice* pending

*Attorneys for Plaintiff*

SO ORDERED
5/8/19
Madeline Cox Arleo, U.S.D.J.